No. 92–260. CONFERENCE OF AFRICAN UNION FIRST COLORED METHODIST PROTESTANT CHURCH ET AL. *v.* MOTHER AFRICAN UNION FIRST COLORED METHODIST PROTESTANT CHURCH ET AL. Sup. Ct. Del. Certiorari denied.

No. 92–261. MCGOVERN ET UX. *v.* TOWN OF WILTON. App. Ct. Conn. Certiorari denied.

No. 92–262. LUCKETT ET AL. *v.* RUSSELL. C. A. 6th Cir. Certiorari denied.

No. 92–266. O'REAR *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 92–268. BOETTNER *v.* COMMITTEE ON LEGAL ETHICS OF THE WEST VIRGINIA STATE BAR. Sup. Ct. App. W. Va. Certiorari denied.

No. 92–270. PACIFIC FIRST BANK *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 92–272. MROZ *v.* CENTRAL INTELLIGENCE AGENCY. C. A. 3d Cir. Certiorari denied.

No. 92–274. SAN VICENTE MEDICAL PARTNERS, LTD. *v.* ORR, RECEIVER OF AMERICAN PRINCIPALS CORP. C. A. 9th Cir. Certiorari denied.

No. 92–278. BRANSON *v.* COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–284. STAMOS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 92–286. DAVIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–294. KNIGHT *v.* WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES. Ct. App. Wash. Certiorari denied.

No. 92–300. MCGOVERN *v.* CHASE LINCOLN FIRST BANK, N. A. Sup. Ct. Conn. Certiorari denied.